# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN ALLEN,**

    **Plaintiff,**

  v.                                **Case No.: 2:20-cv-3459**
                                        **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Chelsey M. Vascura**

**EBAY, INC.,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 15, 2020. (ECF No. 5.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this case is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**


**11/19/2020**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                       **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**